| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN M. GRENFELL  (CA State Bar No. 88500) |
| 2 | john.grenfell@pillsburylaw.com |
|   | JACOB R. SORENSEN  (CA State Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
|   | FUSAE NARA (*pro hac vice*) |
| 4 | fusae.nara@pillsburylaw.com |
|   | ANDREW D. LANPHERE  (CA State Bar No. 191479) |
| 5 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 6 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendants |
|   | SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |
| 10 | [Additional defendants and counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br>No. CV-10-5212 SI<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D. HARRIS, Attorney General of the State of California, as parens patriae on behalf of natural persons residing in the state, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>            Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |

1    WHEREAS the State of California, *et al.* ("the State") filed the above-captioned

2    action on October 15, 2010 in the Superior Court for the City and County of San Francisco;

3    WHEREAS on November 12, 2010, certain parties reached, and the Superior Court

4    approved, a stipulation extending the date to respond to the Complaint to February 1, 2011

5    (Dkt. No. 1-1, Ex. D);

6    WHEREAS defendants removed this action to this Court on November 17, 2010;

7    WHEREAS the State filed a Motion to Remand this action back to the Superior

8    Court on December 17, 2010 (Dkt. No. 10), which is due to be heard on February 9, 2011

9    (Dkt. No 14);

10    WHEREAS pursuant to the removal and this Court's pre-trial orders, the State is

11    currently a party to MDL 1827;

12    WHEREAS the State has not otherwise consented to, nor availed itself of, the

13    jurisdiction of this Court;

14    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

15    among the undersigned counsel, as follows:

16    1.    The time for the undersigned defendants to move against, answer, or

17    otherwise respond to the Complaint is extended until thirty (30) days after an order is

18    entered by this Court either granting or denying the State's Motion to Remand;

19    2.    In the event that the State files a First Amended Complaint, in the Superior

20    Court or this Court, prior to the time for defendants to move against, answer, or otherwise

21    respond to the Complaint as described in paragraph 1, defendants will have thirty (30) days

22    after the State files a First Amended Complaint to move against, answer, or otherwise

23    respond.

24    3.    The State will provide defendants with reasonable notice of its intent to

25    amend the Complaint, which notice will be provided no later than fourteen (14) days after

26    an order is entered by this Court either granting or denying the State's Motion to Remand.

27    If such notice is given, defendants' deadline to respond under Paragraph 1 shall be

28    suspended and Paragraph 2 shall apply.

4. Defendants shall not object to the State filing a First Amended Complaint upon providing notice as described in Paragraph 3.

5. The parties agree that this stipulation shall not constitute consent to this Court's jurisdiction, and does not waive any of the State's rights to remand the Complaint to the Superior Court.

IT IS SO STIPULATED.

Dated: January 27, 2011.

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Adam Miller
      Adam Miller

ADAM MILLER (State Bar No. 168254)
Deputy Attorney General
*adam.miller@doj.ca.gov*
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Tel: (415) 703-5551
Fax: (415) 703-5480

Attorneys for Plaintiffs STATE OF CALIFORNIA, et al.

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | By:  /s/ John M. Grenfell |
| | John M. Grenfell |
| 3 | |
| 4 | JOHN M. GRENFELL (State Bar No. 88500) |
| | JACOB R. SORENSEN  (State Bar No. 209134) |
| | FUSAE NARA (*pro hac vice*) |
| 5 | ANDREW D. LANPHERE  (State Bar No. 191479) |
| | john.grenfell@pillsburylaw.com |
| 6 | 50 Fremont Street |
| | San Francisco, CA  94105 |
| 7 | Tel:  (415) 983-1000 |
| | Fax:  (415) 983-1200 |
| 8 | |
| | Attorneys for Defendants SHARP CORPORATION and |
| 9 | SHARP ELECTRONICS CORPORATION |
| 10 | |
| 11 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 12 | |
| | By:  /s/ Nathan L. Walker |
| 13 | Nathan L. Walker |
| 14 | NATHAN L. WALKER (State Bar No. 206128) |
| | Nathan.Walker@wilmerhale.com |
| 15 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 16 | Tel:  (650) 858-6000 |
| | Fax:  (650) 858-6100 |
| 17 | |
| | STEVEN F. CHERRY |
| 18 | Steven.Cherry@wilmerhale.com |
| | 1875 Pennsylvania Avenue, N.W. |
| 19 | Washington, DC 20006 |
| | Phone:  (202) 663-6000 |
| 20 | Fax:  (202) 663-6363 |
| 21 | Attorneys for Defendants CHIMEI INNOLUX |
| | CORP., CHI MEI OPTOELECTRONICS CORP. |
| 22 | USA, INC., and CMO JAPAN CO., LTD. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | By:  /s/ Stephen P. Freccero |
|   | Stephen P. Freccero |
| 3 | |
| 4 | MELVIN R. GOLDMAN (State Bar No. 34097)<br>STEPHEN P. FRECCERO (State Bar No. 131093)<br>DEREK F. FORAN (State Bar No. 224569) |
| 5 | *MGoldman@mofo.com*<br>*SFreccero@mofo.com* |
| 6 | *DForan@mofo.com*<br>425 Market Street |
| 7 | San Francisco, California  94105-2482<br>(415) 268-7000 (Phone) |
| 8 | (415) 268-7522  (Facsimile)<br>Attorneys for Defendants EPSON IMAGING |
| 9 | DEVICES CORPORATION and EPSON ELECTRONICS AMERICA, INC. |
| 10 | |
| 11 | |
| 12 | MORGAN LEWIS & BOCKIUS LLP |
|    | By:  /s/ Kent M. Roger |
| 13 | Kent M. Roger |
| 14 | KENT M. ROGER (State Bar No. 95987)<br>MICHELLE KIM-SZROM (State Bar No. 252901) |
| 15 | *kroger@morganlewis.com*<br>*mkim-szrom@morganlewis.com* |
| 16 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 17 | (415) 442-1000 (Phone)<br>(415) 442-1001 (Facsimile) |
| 18 | |
| 19 | Attorneys for Defendants HITACHI, LTD., HITACHI DISPLAYS, LTD. and HITACHI ELECTRONIC DEVICES (USA), INC. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | By: /s/ Simon J. Frankel |
| | Simon J. Frankel |
| 3 | |
| 4 | SIMON J. FRANKEL (CA Bar No. 171552)<br>JEFFREY M. DAVIDSON (CA Bar No. 248620) |
| | *sfrankel@cov.com* |
| 5 | *jdavidson@cov.com* |
| | 1 Front Street, 35th Floor |
| 6 | San Francisco CA 94109 |
| | (415) 591-7021 (Phone) |
| 7 | (415) 955-6521 (Facsimile) |
| | Attorneys for Defendants SAMSUNG |
| 8 | ELECTRONICS CO., LTD.; SAMSUNG |
| | SEMICONDUCTOR, INC.; and SAMSUNG |
| 9 | ELECTRONICS AMERICA, INC. |
| 10 | |
| 11 | WHITE & CASE LLP |
| 12 | By: /s/ Christopher M. Curran |
| | Christopher M. Curran |
| 13 | |
| | BIJAL V. VAKIL (State Bar No. 192878) |
| 14 | *bvakil@whitecase.com* |
| | 3000 El Camino Real |
| 15 | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, CA 94306 |
| 16 | (650) 213-0300 (Phone) |
| | (650) 213-8158 (Facsimile) |
| 17 | |
| 18 | CHRISTOPHER M. CURRAN |
| | JOHN H. CHUNG |
| 19 | KRISTEN J. MCAHREN |
| | *ccurran@whitecase.com* |
| 20 | *jchung@whitecase.com* |
| | *kmcahren@whitecase.com* |
| 21 | 1155 Avenue of the Americas |
| | New York, NY 10036 |
| 22 | (212) 819-8200 (Phone) |
| | (212) 354-8113 (Facsimile) |
| 23 | |
| | Attorneys for Defendants TOSHIBA CORPORATION; |
| 24 | TOSHIBA MOBILE DISPLAY CO., LTD.; TOSHIBA |
| | AMERICA ELECTRONIC COMPONENTS, INC.; and |
| 25 | TOSHIBA AMERICA INFORMATION SYSTEMS, |
| | INC. |
| 26 | |
| | <u>Attestation</u>: The filer of this document attests that the concurrence of the other |
| 27 | |
| | signatories thereto has been obtained. |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED:

_____

Hon. Susan Illston