FILED

UNITED STATES COURT OF APPEALS

AUG 02 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON STATE; et al.,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>CHIMEI INNOLUX CORP.; et al.,<br><br>        Defendants - Petitioners. | No. 11-80051<br><br>D.C. Nos.   3:10-cv-05212-SI<br>                    3:10-cv-05711-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CANBY and GOULD, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is granted. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (per curiam). Within 14 days after the filing date of this order, petitioner shall perfect the appeal pursuant to Federal Rule of Appellate Procedure 5(d).

Pursuant to 28 U.S.C. § 1453(c)(2), the court shall complete all action on this appeal, including rendering judgment, not later than 60 days after the date on which the appeal was filed. *See also Bush v. Cheaptickets, Inc.*, 425 F.3d 683, 685 (9th Cir. 2005) (stating that 60-day time period begins to run when the court accepts the appeal). The parties shall, via electronic filing, submit simultaneous

AS/MOATT

briefs in the Clerk's Office in San Francisco within 10 days after the filing date of this order.

Within 10 days after the filing date of this order, the court shall receive from the parties by 5:00 p.m. (Pacific time), 10 copies of the briefs and 4 copies of the excerpts of record in paper format, accompanied by certification that the briefs are identical to the version submitted electronically.

Each brief shall be received in the office of opposing counsel on the date the brief is due in this court.

Any motion to extend time to file the briefs shall strictly comply with the requirements set forth in 28 U.S.C. § 1453(c)(3).

The Clerk shall calendar this case during the week of September 12, 2011 in San Francisco.

AS/MOATT 11-80051