UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON STATE; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>CHIMEI INNOLUX CORP.; et al.,<br><br>        Defendants - Appellants. | No. 11-16862<br><br>D.C. Nos. 3:10-cv-05212-SI,<br>3:10-cv-05711-SI<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered October 03, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to the appellee in the amount of $89.40.

                                FOR THE COURT:
                                Molly C. Dwyer
                                Clerk of Court

                                Theresa Benitez
                                Deputy Clerk